UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAMS,<br><br>            Plaintiff,<br><br>   v.<br><br>PG&E CORPORATION,<br><br>            Defendant. | Case No. 25-cv-09155-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO AMICUS CURIAE BRIEF**<br><br>Re: Dkt. No. 7 |

On December 12, 2025, a group of pro se individuals filed an amicus curiae brief in this case, asserting that they all have valid claims as part of the PG&E Fire Victims Trust. *See* Dkt. No. 6. This was improper. The individuals should have sought leave of Court before they filed their brief. Nevertheless, the Court will accept the amicus brief as filed, but cautions amici that, despite being pro se, the Court expects them to scrupulously comply with all court procedures and orders in future.

The Court further **GRANTS** the administrative motion for an extension of time to respond to the amicus brief, filed by PG&E Corporation and Pacific Gas and Electric Company (together, "Appellees"). Dkt. No. 7. Appellees shall respond to the amicus brief by January 19, 2026. The Court **DENIES** Appellant William B. Abrams and the amici's request for a hearing at this time.

**IT IS SO ORDERED.**

Dated: 12/29/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge