William B. Abrams
end2endconsulting@gmail.com
625 McDonald Ave.
Santa Rosa, CA, 95404
Tel: 707 397 5727

*Pro Se Fire Victim Claimant and Party to related proceedings before the California Public Utilities Commission*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| WILLIAM B. ABRAMS on behalf of himself and all others similarly situated,<br><br>Pro Se Fire Victim Appellant,<br><br>v.<br><br>PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Appellees. | **Case No. 25-cv-09155-HSG**<br><br>Transferred from: BAP No. NC-25-1187<br><br>Related to: Bankr. Case No. 19-30088, Adv. Proc. No. 25-03027 (DM)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANT REPLY BRIEF PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>Related to: Dkt. 13, 13-3 |

Upon the motion (the "**Administrative Motion**") dated January 6, 2026 filed by William B. Abrams, pro se Appellant and pursuant to Rule 7-11 of the Civil Local Rules for the United States District Court for the Northern District of California (the "**Local Rules**") for leave and an extension to file his reply to the *Appellant's Response Brief* [Dkt. No. 13] (the "**Appellant Reply**") by February 2, 2026, and this Court having reviewed the Administrative Motion and Abrams Declaration submitted in support thereof; and after due deliberation the Court having determined that the relief requested is reasonable and in light of the extensive brief and related appendix filed by the Appellees; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. **The Administrative Motion is granted as provided herein.**
2. **Appellants' deadline to reply to Appellees' Response Brief shall be February 2, 2026**

**Dated:** 1/6/2026

The Honorable Haywood S. Gilliam, Jr.
**United States District Judge**