William B. Abrams
end2endconsulting@gmail.com
625 McDonald Ave.
Santa Rosa, CA, 95404
Tel: 707 397 5727

*Pro Se Fire Victim Claimant and Party to related proceedings before the California Public Utilities Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

|  |  |
|---|---|
| WILLIAM B. ABRAMS on behalf of himself and all others similarly situated, <br><br> Pro Se Fire Victim Appellant, <br><br> v. <br><br> PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Appellees. | **Case No. 25-cv-09155-HSG** <br><br><br> Transferred from: BAP No. NC-25-1187 <br><br> Related to: Bankr. Case No. 19-30088, Adv. Proc. No. 25-03027 (DM) <br><br><br> ~~[PROPOSED]~~ **ORDER GRANTING APPELLANT'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 AND BANKRUPTCY PROCEDURE 8017(A) FOR LEAVE TO FILE A REPLY TO APPELLEE'S RESPONSE TO AMICUS BRIEF OF PG&E FIRE VICTIMS** (as modified) |

Case No. 25-cv-09155-HSG

Upon the motion (the "**Administrative Motion**") dated February 16, 2026 filed by William B. Abrams ("**Appellant**") pursuant to Rule 7-11 of the Civil Local Rules for the United States District Court for the Northern District of California (the "**Local Rules**") and Rule 8017(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for leave to file his reply to the Appellees' Response to Amicus Brief [Dkt. 16] (the "**Appellees' Response**") filed concurrently with the Administrative Motion.  The Court having determined that the relief requested in the Administrative Motion is in the best interests of PG&E, Appellant, Amici and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.  The Administrative Motion is granted as provided herein
2.  The Appellant is directed to e-file the Appellant Reply to the Appellees' Response to Amicus Brief, filed concurrently with the Administrative Motion as Exhibit C on the docket forthwith as a stand-alone document

DATED: February __19__, 2026

*Haywood S. Gill, Jr.*

The Honorable Haywood S. Gilliam, Jr.

United States District Judge

Case No. 25-cv-09155-HSG